BNB

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 MAY 12 PH 3: *

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA

v. *Marcus Crockett*                    No. *05-20173 MaA-n*

ORDER ON ARRAIGNMENT

This cause came to be heard on *May 12, 2005*
The United States Attorney for this district appeared on behalf of
the government, and the defendant appeared in person and with
counsel:

NAME *Pat Brown (FPD)* ADDRESS _____

_____ PHONE NO. _____ who is
Retained/Appointed.

The defendant, through counsel, waived formal arraignment and
entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the
date hereof unless, for good cause shown to a District Judge, such
period is extended.

____ The defendant, who is not in custody, may stand on his/her
present bond.
✓ The defendant, (not having made bond) (being a state prisoner)
(being a federal prisoner) (being held without bond pursuant to BRA
of 1984), is remanded to the custody of the U.S. Marshal.

_____
UNITED STATES MAGISTRATE JUDGE

Charges:

Assistant U.S. Attorney assigned to Case:

Age: _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CR-20173 was distributed by fax, mail, or direct printing on May 17, 2005 to the parties listed.

---

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Stuart J. Canale
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT