IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.                                             NO. 05-20173-Ma

MARCUS CROCKETT,

    Defendant.

---

ORDER RESETTING SENTENCING DATE

---

    Before the court is the defendant's November 7, 2005, unopposed motion to reset the sentencing of Marcus Crockett, which is presently set for November 8, 2005. For good cause shown, the motion is granted. The sentencing of defendant Marcus Crockett is **reset to Wednesday, November 23, 2005, at 11:00 a.m.** It is so ORDERED this 7th day of November, 2005.

                                  SAMUEL H. MAYS, JR.
                                  UNITED STATES DISTRICT JUDGE

FILED BY _____ D.C.

05 NOV -8 PM 4: 51

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-14-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:05-CR-20173 was distributed by fax, mail, or direct printing on November 14, 2005 to the parties listed.

---

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Stuart J. Canale
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT